# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 11-3699

_____

Tommy D. Hall,

               Appellant,

v.

Prosecuting Attorney Carlton Jones;
Kate Carter; J. Savage, Arresting
Officer; State of Arkansas; Gene Smith,

               Appellees.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

Appeal from the United States
District Court for the
Western District of Arkansas.

[UNPUBLISHED]

_____

Submitted: April 6, 2012
Filed: April 12, 2012

_____

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Tommy D. Hall appeals the district court's[1] preservice dismissal of his pro se 42 U.S.C. § 1983 suit. No error of law appears. The judgment is, however, modified to reflect that the dismissal is without prejudice to Hall's right to seek relief in state

_____

[1]The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

court. This court summarily affirms the judgment (as modified) for the reasons stated by the district court. *See* 8th Cir. R. 47B.

_____